```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


WILLIAM TIDWELL,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )       3:06cv900-MHT
                              )
LORI ANN MORRIS,              )
Administratrix of the         )
Estate of Vernell Brown       )
Morris, deceased, et al.,     )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to remand (doc. no. 6) is set for submission, without oral argument, on October 27, 2006, with all briefs due by said date.

DONE, this the 19th day of October, 2006.

```
                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE
```