IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM TIDWELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| ESTATE OF VERNELL BRIAN | * CIVIL ACTION NO. 3:06cv900-MHT |
| MORRIS, Deceased, LORI ANN | * |
| MORRIS, ADMINISTRATOR, | * |
| PANTHER II TRANSPORTATION, | * |
| et al., | * |
| | * |
| Defendants. | * |

**JOINT MOTION TO EXTEND DEADLINE FOR
PLANNING MEETING REPORT**

COME NOW the parties, by and through counsel, and jointly request this Honorable Court to extend the deadline for the parties to submit their Rule 26(f), Fed.R.Civ.P., Planning Meeting Report. In support of said motion, the parties state as follows:

1. The Plaintiff has recently filed a Motion to Remand in this case. The Defendants have responded to the Motion to Remand.

2. Pursuant to the recent Order of the Court, the Parties' Planning Meeting Report under Rule 26(f), Fed.R.Civ.P., is or soon will be due in this case.

3. The parties jointly request this Honorable Court to enter an Order allowing an extension of time in which to file the Parties' Planning Meeting Report. In the event the Court remands the case, the parties will not need to submit a Planning Meeting Report. In the event the case is not remanded, the parties request an extension of time of three days after the Court's Order denying remand in which to file their Planning Meeting Report.

Pursuant to the CM/ECF procedures, the undersigned parties certify that they are in agreement regarding the joint filing of this Motion to Extend Deadline for Planning Meeting Report.

Respectfully submitted this the 25th day of October, 2006.

/s/S. Anthony Higgins
S. ANTHONY HIGGINS
Attorney for Defendants

OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

/s/Henry F. Lee, III
HENRY F. LEE, III
Attorney for Plaintiff

OF COUNSEL:
Henry F. Lee, III, Esq.
P. O. Box 129
Geneva, AL 36340