IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WILLIAM TIDWELL,                )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       3:06cv900-MHT
                                )
LORI ANN MORRIS,                )
Administratrix of the           )
Estate of Vernell Brown         )
Morris, deceased, et al.,       )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion to extend deadline (doc. no. 9) is denied.

DONE, this the 25th day of October, 2006.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE